# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20,<br><br>Defendants. | Civil Action No. 1:20-cv-11047-PGG<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this motion, dated March 24, 2021; and the declaration of Keith Porco, dated March 24, 2021, and the exhibits attached thereto Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and the Morgan Stanley Compensation Management Development and Succession Committee, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., will move this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Courtroom 705, New York, New York, at a date and time to be set by the Court, for an Order compelling arbitration of all claims brought by Plaintiff Michael T. Shafer filed in the above-captioned action and staying this action during the pendency of the arbitration proceedings, with such other and further relief as this Court deems just and proper.

|  |  |
|---|---|
| Dated: Washington, D.C.<br><br>March 24, 2021 | Respectfully submitted,<br><br>O'MELVENY & MYERS LLP<br><br>By: /s/ Meaghan VerGow<br>Meaghan VerGow<br>Brian D. Boyle (*pro hac vice*)<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>Telephone:  (202) 383-5300<br>Facsimile:  (202) 383-5414<br>mvergow@omm.com<br>bboyle@omm.com<br><br>Pamela A. Miller<br>Karen Gillen<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Telephone:  (212) 326-2000<br>Facsimile:  (212) 326-2061<br>pmiller@omm.com<br>kgillen@omm.com<br><br>*Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee* |