

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681  f. 860.882.1682

**Mathew P. Jasinski**
*Licensed in CT, NY*
direct: 860.218.2725
mjasinski@motleyrice.com

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

September 3, 2021

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Shafer v. Morgan Stanley, No. 1:20-cv-11047

Dear Judge Gardephe:

In accordance with Section IV.H of Your Honor's Individual Rules of Practice, the parties write jointly to apprise the Court that the following motions have been pending for more than 90 days:

- Plaintiff's Motion for Joinder of Additional Named Plaintiffs and Proposed Class Representatives (fully submitted as of March 3, 2021). (ECF 36, 37, 50.)

- Defendants' Motion to Compel Arbitration (fully submitted as of May 5, 2021). (ECF 42-49.)

We appreciate the Court's attention to these matters.

Very truly yours,

Mathew P. Jasinski

MPJ/ahj