UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, AND SANDY JUKEL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20, <br><br> Defendants. | Civil Action No. 1:20-cv-11047-PGG <br><br><br> CLASS ACTION |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION
TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Plaintiffs will respectfully move this Court before the Honorable Paul G. Gardephe, at the United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, at such time as counsel may be heard, for leave to file the notice of supplemental authority attached as Exhibit A regarding Defendants' pending motion to compel arbitration (ECF No. 65).

Defendants initially moved to compel arbitration on March 24, 2021, with respect to the original Plaintiff, Matthew Shafer. (ECF Nos. 42-43, filed May 5, 2021.) Shafer responded on April 21, 2021. (ECF No. 70, filed May 5, 2021.) Defendants replied on May 5, 2021. (ECF No. 71, filed May 5, 2021.) On March 10, 2022, the Court granted Shafer's motion to join

additional plaintiffs. As a result, the Court denied Defendants' motion to compel arbitration without prejudice to renewal after the filing of an amended complaint. (ECF No. 57.)

Plaintiffs filed their amended complaint on March 24, 2022 (ECF No. 58). Defendants moved to compel Plaintiffs' claims on May 9, 2022 (ECF Nos. 65-68, filed June 29, 2022). Plaintiffs responded on June 8, 2022. (ECF No. 72, filed June 30, 2022.) Defendants replied on June 29, 2022. (ECF No. 69, filed June 29, 2022.)

On December 6, 2022, Judge Denise Cote of the Southern District of New York entered an opinion in *Lloyd v. Argent Trust Co.*, No. 22-cv-4129, 2022 U.S. Dist. LEXIS 219964, 2022 WL 17542071 (S.D.N.Y. Dec. 6, 2022). *See* Exhibit 1 to *Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration*. This opinion involves several issues raised by Defendants' motion to compel arbitration in this case, including whether Plaintiffs' ERISA claims brought in a representative capacity can be individually arbitrated.

Defendants do not oppose this Motion,[1] so long as they are allowed to respond to the notice.

WHEREFORE, Plaintiffs respectfully request that the Court grant their *Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration*.

---

[1] In accordance with Section IV.C of the Court's Individual Rules of Practice, Plaintiffs are therefore filing the Motion on ECF without awaiting a response.

2

Dated: December 20, 2022                                  Respectfully submitted,

                                                          */s/ Mathew P. Jasinski*
Robert A. Izard (*pro hac vice*)                          William H. Narwold
Douglas P. Needham                                        Mathew P. Jasinski
IZARD, KINDALL & RAABE LLP                                MOTLEY RICE LLC
29 South Main Street, Suite 305                           27 Church Street, 17th Floor
West Hartford, CT 06107                                   Hartford, CT 06103
Tel: (860) 493-6292                                       Telephone: (860) 882-1681
Fax: (860) 493-6290                                       Facsimile: (860) 882-1682
rizard@ikrlaw.com                                         bnarwold@motleyrice.com
dneedham@ikrlaw.com                                       mjasinski@motleyrice.com

                                                          *New York Office*:
John S. "Jack" Edwards, Jr. (*pro hac vice*)              777 Third Avenue, 27th Floor
Dona Szak (*pro hac vice*)                                New York, New York 10017
AJAMIE LLP
Pennzoil Place - South Tower                              Thomas R. Ajamie
711 Louisiana, Suite 2150                                 AJAMIE LLP
Houston, TX 77002                                         460 Park Avenue, 21st Floor
Telephone: (713) 860-1600                                 New York, NY 10022
Facsimile: (713) 860-1699                                 Telephone: (713) 860-1600
jedwards@ajamie.com                                       Facsimile: (713) 860-1699
dszak@ajamie.com                                          tajamie@ajamie.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, a copy of the foregoing *Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Mathew P. Jasinski*
Mathew P. Jasinski