## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, AND SANDY JUKEL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20,<br><br>    Defendants. | Civil Action No. 1:20-cv-11047-PGG<br><br><br>CLASS ACTION |

## ORDER GRANTING MOTION FOR LEAVE TO FILE  PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF <u>THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION</u>

After considering Plaintiffs' *Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration*, the Court:

GRANTS Plaintiffs' *Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration*;

ORDERS that Plaintiffs' *Motion for Leave to File Plaintiffs' Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration* is deemed filed as of the date of this order; and

ORDERS that Defendants may respond to Plaintiffs' *Motion for Leave to File Plaintiffs'*
*Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel*
*Arbitration* within ten days of the date of this order.

<div style="margin-left: 40%;">

SO ORDERED.

*(signature)*

Paul G. Gardephe
United States District Judge
Dated:   December 29, 2022

</div>