UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20,<br><br>Defendants. | Civil Action No. 1:20-cv-11047-PGG |

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw as counsel for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee ("Defendants") in the above-captioned matter because as of March 17, 2023, I will no longer be associated with O'Melveny & Myers LLP. I also respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list.

Attorneys from O'Melveny & Myers LLP will continue to serve as counsel for Defendants and therefore my withdrawal will not prejudice the interests of Defendants. There is no retaining or charging lien.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: March 15, 2023

Dated: New York, New York
       March 14, 2023

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ *Karen Gillen*
Meaghan VerGow
Brian D. Boyle (*pro hac vice*)
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
mvergow@omm.com
bboyle@omm.com

Pamela A. Miller
Karen Gillen
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
pmiller@omm.com
kgillen@omm.com

*Attorneys for Defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee*