UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, AND SANDY JUKEL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Civil Action No. 1:20-cv-11047-PGG |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20, | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Plaintiffs will respectfully move this Court before the Honorable Paul G. Gardephe, at the United States Courthouse, 40 Foley Square, Courtroom 705, New York, New York 10007, at such time as counsel may be heard, for leave to file the second notice of supplemental authority attached as Exhibit A regarding Defendants' pending motion to compel arbitration (ECF No. 65).

Defendants initially moved to compel arbitration on March 24, 2021, with respect to the original Plaintiff, Matthew Shafer. (ECF Nos. 42-43, filed May 5, 2021.) Shafer responded on April 21, 2021. (ECF No. 70, filed May 5, 2021.) Defendants replied on May 5, 2021. (ECF No. 71, filed May 5, 2021.) On March 10, 2022, the Court granted Shafer's motion to join

additional plaintiffs. As a result, the Court denied Defendants' motion to compel arbitration without prejudice to renewal after the filing of an amended complaint. (ECF No. 57.)

Plaintiffs filed their amended complaint on March 24, 2022 (ECF No. 58). Defendants moved to compel arbitration of Plaintiffs' claims on May 9, 2022 (ECF Nos. 65-68, filed June 29, 2022). Plaintiffs responded on June 8, 2022. (ECF No. 72, filed June 30, 2022.) Defendants replied on June 29, 2022. (ECF No. 69, filed June 29, 2022.)

Plaintiffs filed a notice of supplemental authority related to Defendants' motion to compel arbitration on December 20, 2022. (ECF No. 74-1.) Defendants responded on January 9, 2023. (ECF No. 76.)

On February 9, 2023, the Tenth Circuit Court of Appeals entered an opinion in *Harrison v. Envision Management Holding, Inc. Board of Directors*, 59 F.4th 1090 (10th Cir. Feb. 9, 2023). *See* Exhibit 1 to *Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration*. This opinion involves issues raised by Defendants' motion to compel arbitration in this case, including whether Plaintiffs' claims under ERISA §§ 409(a) and 502(a)(2) seek relief on behalf of the plan, or whether—as Defendants incorrectly argue—these statutes may be read to authorize a remedy limited to losses to a single participant's defined-contribution plan account even where a breach of ERISA caused greater losses to the plan and to other participants' plan accounts. 29 U.S.C. §§ 1109(a), 1132(a)(2).

Defendants do not oppose this Motion,[1] so long as they are allowed to respond to the notice.

---

[1] In accordance with Section IV.C of the Court's Individual Rules of Practice, Plaintiffs are therefore filing the Motion on ECF without awaiting a response.

WHEREFORE, Plaintiffs respectfully request that the Court grant their *Motion for Leave to File Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration.*

Dated:   March 21, 2023                                                      Respectfully submitted,

                                                                                                    */s/ Mathew P. Jasinski*

| | |
|---|---|
| Robert A. Izard (*pro hac vice*) | William H. Narwold |
| Douglas P. Needham | Mathew P. Jasinski |
| IZARD, KINDALL & RAABE LLP | MOTLEY RICE LLC |
| 29 South Main Street, Suite 305 | 27 Church Street, 17th Floor |
| West Hartford, CT 06107 | Hartford, CT 06103 |
| Tel: (860) 493-6292 | Telephone: (860) 882-1681 |
| Fax: (860) 493-6290 | Facsimile: (860) 882-1682 |
| rizard@ikrlaw.com | bnarwold@motleyrice.com |
| dneedham@ikrlaw.com | mjasinski@motleyrice.com |
| | |
| | *New York Office*: |
| John S. "Jack" Edwards, Jr. (*pro hac vice*) | 777 Third Avenue, 27th Floor |
| Dona Szak (*pro hac vice*) | New York, New York 10017 |
| AJAMIE LLP | |
| Pennzoil Place - South Tower | Thomas R. Ajamie |
| 711 Louisiana, Suite 2150 | AJAMIE LLP |
| Houston, TX 77002 | 460 Park Avenue, 21st Floor |
| Telephone: (713) 860-1600 | New York, NY 10022 |
| Facsimile: (713) 860-1699 | Telephone: (713) 860-1600 |
| jedwards@ajamie.com | Facsimile: (713) 860-1699 |
| dszak@ajamie.com | tajamie@ajamie.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2023, a copy of the foregoing *Motion for Leave to File Plaintiffs' Second Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Compel Arbitration* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Mathew P. Jasinski*
Mathew P. Jasinski