

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681  f. 860.882.1682

**Mathew P. Jasinski**
*Licensed in CT, NY*
direct: 860.218.2725
mjasinski@motleyrice.com

www.motleyrice.com

*"I will stand for my client's rights. I am a trial lawyer."*
–Ron Motley (1944–2013)

**VIA ECF**

September 15, 2023

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY  10007

Re:   *Shafer v. Morgan Stanley, et al.*, No. 1:20-cv-11047 (PGG) (S.D.N.Y.)

Dear Judge Gardephe,

Pursuant to the request received from Your Honor's Chambers, Plaintiffs write to provide the Court with the following documents cited in their Amended Complaint [ECF No. 58]:

- Attached as **Exhibit A** is a true and correct copy of the Compensation Committee's Charter as of October 13, 2020, which is cited in ¶ 24, n.2 of the Amended Complaint.

- Attached as **Exhibit B** is a true and correct copy of the document Plaintiffs describe as the "2018 FA Compensation Plan," which is cited in ¶¶ 28-32, 34, 36, 56 and 57 of the Amended Complaint.

- Attached as **Exhibit C** is a true and correct copy of the document Plaintiffs describe as the "2015 FA Compensation Plan," which is cited in ¶¶ 28, 29, 32 and 34 of the Amended Complaint.

- Attached as **Exhibit D** is a true and correct copy of the "Morgan Stanley Compensation Incentive Plan Document," which Plaintiffs describe as the "MSCIP Plan Document" and cite in ¶¶ 35, 37, 40, 46 and 58 of the Amended Complaint.

- Attached as **Exhibit E** is a true and correct copy of document Plaintiffs describe as the "2017 Award Certificate," which is cited in ¶¶ 38, 41-45 and 57 of the Amended Complaint.

- Attached as **Exhibit F** is a true and correct copy of the document Plaintiffs describe as the "2015 Award Certificate," which is cited in ¶ 39 of the Amended Complaint.

MotleyRice® LLC
ATTORNEYS AT LAW

- Attached as **Exhibit G** is a true and correct copy of the document Plaintiffs describe as the "2016 Award Certificate," which is cited in ¶ 40 of the Amended Complaint.

- Attached as **Exhibit H** is a true and correct copy of the "Morgan Stanley Executive Compensation Plan," which Plaintiff describe as the "EICP Plan Document" and cite in ¶¶ 47-52 and 58 of the Amended Complaint.

- Attached as **Exhibit I** is a true and correct copy of the document Plaintiffs describe as the "RSU Award Certificate," which is cited in ¶¶ 50 and 52 of the Amended Complaint.

- Attached as **Exhibit J** is a true and correct copy of the document Plaintiffs describe as the "2017 Award Summary Description," which is cited in ¶ 57 of the Amended Complaint.

Respectfully submitted,

/s/

Mathew P. Jasinski

CC: Counsel of record (via ECF)