

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

File Number:

December 11, 2023

**Meaghan VerGow**
D: +1 202 383 5504
mvergow@omm.com

<u>**VIA ECF**</u>

Hon. Paul G. Gardephe
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   <u>*Shafer v. Morgan Stanley, et al.*, Case No. 1:20-cv-11047</u>
      <u>Joint Request for Extension of Time</u>

Dear Judge Gardephe:

This firm represents defendants Morgan Stanley, Morgan Stanley Smith Barney LLC, and Morgan Stanley Compensation Management Development and Succession Committee (together, "Morgan Stanley") in the above-referenced matter.

Pursuant to Your Honor's Individual Rules of Practice for Civil Cases I(A) and I(D), the parties jointly request an extension of the upcoming briefing deadlines related to Morgan Stanley's Motion for Reconsideration or Clarification (ECF No. 87) ("Motion"), filed on December 5, 2023, to accommodate counsel's professional obligations and schedule, including commitments related to the upcoming December holidays and defense counsel's responsibilities related to an arbitration scheduled in January 2024.

Plaintiffs respectfully request a three-week extension to file their response in opposition to the Motion, from December 19, 2023, to January 9, 2024. Morgan Stanley respectfully requests a two-week extension to file its reply in support of the Motion, from January 16, 2024, to January 30, 2024. Each party consents to the other's request. The parties have not made any prior requests for extensions related to the Motion and the requested extensions will not affect any other deadlines in this case.

Sincerely,

/s/ Meaghan VerGow

Meaghan VerGow

**MEMO ENDORSED**: The application is granted. Plaintiffs' opposition is due **January 9, 2024**. Defendants' reply is due **January 30, 2024**.
SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Date: December 11, 2023

Century City · Los Angeles · Newport Beach · New York · San Francisco · Silicon Valley · Washington, DC
Beijing · Brussels · Hong Kong · London · Seoul · Shanghai · Singapore · Tokyo