# Exhibit G

# Former Financial Advisors at Morgan Stanley

Were you forced to forfeit deferred compensation benefits by **Morgan Stanley**?

We're investigating whether **Morgan Stanley** illegally forced its financial advisors to forfeit their deferred compensation.

If you worked for **Morgan Stanley** as a financial advisor, please contact us for a quick, confidential, risk-free consultation.

We're here to help, so please call an attorney at either Ajamie LLP; Motley Rice LLC; or Izard, Kindall & Raabe, LLP.

Jack Edwards (Ajamie LLP) 832-724-1198; jedwards@ajamie.com
Douglas Needham (Motley Rice LLC) 860-218-2720; dneedham@motleyrice.com
Christopher M. Barrett (Izard, Kindall & Raabe, LLP) 860-493-6292; cbarrett@ikrlaw.com

About the firms of Ajamie LLP; Motley Rice LLC; and Izard Kindall & Raabe, LLP: We obtained a ruling from a federal court in NY concluding that the Morgan Stanley deferred compensation plan is governed by the Employee Retirement Income Security Act, a federal law with strict anti-forfeiture rules.



Name

Email

Phone

Submit

**Legal Disclaimer**

This website serves as an Attorney Advertisement for Ajamie LLP; Motley Rice LLC; and Izard Kindall & Raabe, LLP. Managed, maintained, and funded by Ajamie LLP; Motley Rice LLC; and Izard Kindall & Raabe, LLP, this site is intended for general informational purposes only and does not constitute legal advice. Accessing this site or contacting the firms through this website does not establish an attorney-client relationship. An attorney-client relationship with Ajamie LLP; Motley Rice LLC; and Izard Kindall & Raabe, LLP is formed exclusively through a written agreement signed by the client and an attorney from one of these firms. Ajamie LLP; Motley Rice LLC; and Izard Kindall & Raabe, LLP are committed to providing high-quality legal services, within jurisdictions where they are authorized by law. The firms may work in conjunction with other attorneys, with client consent, to prosecute cases efficiently. Please remember, every legal case is distinct, and outcomes depend on the specific law and facts involved.

