S.D.N.Y. – N.Y.C.
20-cv-11047
Gardephe, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-four.

Present:
    William J. Nardini,
    Beth Robinson,
    Alison J. Nathan,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 27 2024

In re Morgan Stanley, et al.,

        *Petitioners*.

Morgan Stanley, et al.,

        *Petitioners*,

    v.                                                                                              24-1485

Matthew T. Shafer, individually and on behalf of all others similarly situated, et al.,

        *Respondents*.

Petitioners have filed a petition for a writ of mandamus directing the district court to, inter alia, rule on Petitioners' pending motion for reconsideration. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED without prejudice to renewal if the district court fails to act on the reconsideration motion within a reasonable time.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/27/2024