# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW T. SHAFER, SHERI HAUGABOOK, PETER HEIDT, JEFFREY SHOVER, MACE TAMSE, GEORGE LIVANOS, MARK LOFTUS, JEFFREY SAMSEN, JEFFREY SHERESKY, STEVE SHERESKY, STEVE NADLER, AND SANDY JUKEL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Civil Action No. 1:20-cv-11047-PGG |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| MORGAN STANLEY, MORGAN STANLEY SMITH BARNEY LLC, MORGAN STANLEY COMPENSATION MANAGEMENT DEVELOPMENT AND SUCCESSION COMMITTEE, and John/Jane Does 1-20, | |
| Defendants. | |

## NOTICE OF CONDITIONAL CROSS-APPEAL (PENDENT JURISDICTION)

Plaintiffs Matthew T. Shafer, Sheri Haugabook, Peter Heidt, Jeffrey Shover, Mace Tamse, George Livanos, Mark Loftus, Jeffrey Samsen, Jeffrey Sheresky, Steve Sheresky, Steve Nadler, and Sandy Jukel ("Plaintiffs") hereby notice this conditional cross-appeal. *See* Fed. R. App. P. 4.

Plaintiffs respectfully note that Defendants appeal an order compelling arbitration, and Plaintiffs do not believe that the Court of Appeals has jurisdiction. *See* 9 U.S.C. 16(b)(3).

Should the Court of Appeals determine that jurisdiction over Defendants' appeal is proper, however, Plaintiffs cross-appeal so that the Court of Appeals may consider the issues presented in the District Court's order granting Defendants' motion to compel arbitration, ECF No. 86.

| | |
|---|---|
| DATED:  December 12, 2024 | Respectfully submitted, |
| | |
| | */s Mathew P. Jasinski* |
| AJAMIE LLP | MOTLEY RICE LLC |
| John S. "Jack" Edwards, Jr. (*pro hac vice)* | William H. Narwold |
| Pennzoil Place - South Tower | Mathew P. Jasinski |
| 711 Louisiana, Suite 2150 | Douglas P. Needham |
| Houston, TX 77002 | One Corporate Center |
| Telephone: (713) 860-1600 | 20 Church Street, 17th Floor |
| Facsimile: (713) 860-1699 | Hartford, CT 06103 |
| jedwards@ajamie.com | Telephone: 860-218-2720 |
| | bnarwold@motleyrice.com |
| | mjasinski@motleyrice.com |
| | dneedham@motleyrice.com |
| | |
| AJAMIE LLP | IZARD, KINDALL & RAABE LLP |
| Thomas R. Ajamie | Robert A. Izard (*pro hac vice*) |
| 460 Park Avenue, 21st Floor | 29 South Main Street, Suite 305 |
| New York, NY 10022 | West Hartford, CT 06107 |
| Telephone: (713) 860-1600 | Telephone: (860) 493-6292 |
| Facsimile: (713) 860-1699 | rizard@ikrlaw.com |
| tajamie@ajamie.com | cbarrett@ikrlaw.com |
| | |
| | *Counsel for Plaintiffs* |